[No. 1452.  Decided November 17, 1894.]

ANNA RIECKHOFF ET AL., *Respondents v.* NORTHERN PACI-
FIC, YAKIMA AND KITTITAS IRRIGATION COMPANY,
*Appellant.*

ACTION FOR DAMAGES—PLEADING AND PROOF—INSTRUCTIONS.

In an action in which special damages are alleged in a certain sum,
and the only specific proof on the subject puts the damages at a less
sum, it is error to refuse defendant's request to charge the jury that
no greater sum than the amount given in proof could be assessed as
damages.

*Appeal from Superior Court, Yakima County.*

*Reavis & Milroy* and *Crowley & Sullivan,* for appellant.

The opinion of the court was delivered by

STILES, J.—Respondents brought their action for damages
resulting from the negligent construction of a water ditch
and the consequent flooding of their lands adjoining.  Special
damages were alleged as follows :   By reason of an overflow
in November, 1892, destruction of potato crop, $30 ; by
reason of overflow April 16, 1893, destruction of fence, $15 ;
permanent injury to land, $400 ; and by reason of washouts
prior to April 16, 1893, permanent injury to land, $100.

Plaintiff John Rieckhoff was the only witness who at-
tempted to name the damages in figures.  Under examina-
tion he was asked :

Q.  " Now what do you put the damage in April, '93 at,
Mr. Rieckhoff, this last April ?
A.  ' Made by that break ?
Q.  Yes.
A.  Well, it is about $100, anyway."

Under the allegations of the complaint this reduction of
damage for the April, 1893, washout from $400 for injury to
land and $15 for fence, to $100 in all, left the total recovery
submissible to the jury only $230.  Appellant asked the
court to charge the jury that no more than $245 could be
assessed, but the request was refused and the verdict was

for $400.   Motion to set aside the verdict overruled and judgment for the sum found.

This was error, and appellant is entitled to a new trial. Respondents make no appearance.   Judgment reversed and cause remanded for a new trial.

DUNBAR, C. J., and HOYT and SCOTT, JJ., concur.